01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                               AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 17-177
09              Plaintiff,                 )
                                           )
10              v.                         )
                                           )   DETENTION ORDER
11  MARK BAUTISTA SERRANO,                 )
                                           )
12              Defendant.                 )
    _____ )

13

14  <u>Offense charged</u>:        Felon in Possession of a Firearm; Possession with Intent to Distribute

15  Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime

16  <u>Date of Detention Hearing</u>:    September 8, 2017.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21              <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03       2.      Defendant is a citizen of the Philippines.   He has lived in the U.S. for

04 approximately 30 years, but his Green Card expired in 2015.   He has been employed since

05 2006, with the exception as self-employment as a landscaper for the last four months.

06 Defendant has a history of substance abuse and is alleged to have been selling

07 methamphetamine out of his garage since 2010.   During the search of his residence, a number

08 of firearms were allegedly found. In 2008 defendant was convicted of shooting a .22 rifle out

09 of his back door, and his residence has been the subject of numerous complaints from neighbors

10 about the operation of a drug house.

11       3.      Taken as a whole, the record does not effectively rebut the presumption that no

12 condition or combination of conditions will reasonably assure the appearance of the defendant

13 as required and the safety of the community.

14 It is therefore ORDERED:

15     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

16         General for confinement in a correction facility separate, to the extent practicable, from

17         persons awaiting or serving sentences or being held in custody pending appeal;

18     2.  Defendant shall be afforded reasonable opportunity for private consultation with

19         counsel;

20     3.  On order of the United States or on request of an attorney for the Government, the person

21         in charge of the corrections facility in which defendant is confined shall deliver the

22         defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01     with a court proceeding; and

02  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03     for the defendant, to the United States Marshal, and to the United State Pretrial Services

04     Officer.

05     DATED this <u>8th</u> day of September, 2017.

06

07     _____
       Mary Alice Theiler

08     United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3