UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BAUTISTA SERRANO,<br><br>Defendant. | Case No. CR17-223RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the defendant's unopposed "Motion to Continue Trial and Pretrial Motions Deadline." Dkt. # 18. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and defense counsel's representation that the United States does not oppose this motion, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion. Specifically, that Mr. Serrano's first language is Tagalog, and counsel has thus far been unable to arrange for an interpreter to effectively communicate with Mr. Serrano; and that defense counsel has received notification that Mr. Serrano's wife tentatively retained private counsel and representation by new counsel is in the process of being finalized. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE - 1

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested is a reasonable period of delay, as defense counsel needs additional time to resolve language-barrier issues, to settle representation issues, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and that the additional time requested between the current trial date of November 20, 2017, and the proposed trial date of February 5, 2018, is necessary to provide defense counsel reasonable time to prepare for trial considering all of the facts set forth above.

4. The Court further finds that such a continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including February 28, 2018, Dkt. # 19, which will permit trial to start on February 5, 2018, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from November 20, 2017, to February 5, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to January 8, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 20, 2017, up to and including February 28, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1     DATED this 19th day of October, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE - 3