UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 17-223-RSL |
|---|---|
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |
| MARK BAUTISTA SERRANO, | |
| Defendant. | |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel,

NOW THEREFORE IT IS ORDERED that Corey Endo and Kyana Givens shall be allowed to withdraw and Emily M. Gause be substituted as counsel for defendant Mark Serrano.

DONE IN OPEN COURT this 20th day of December, 2017.

_____
HONORABLE ROBERT S. LASNIK