UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARK BAUTISTA SERRANO,<br><br>　　　　　Defendant. | NO. CR17-223RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The sentencing hearing for the above named defendant has been rescheduled from Friday, September 7, 2018 to **October 12, 2018 at 10:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 24th day of July, 2018.

*s/Sharita Tolliver for*
Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER